

No. 12–0053/AR.  U.S. v. Richard L. Easton.  CCA 20080640.  Appellant's motion to extend time to file a brief granted, **up to and including January 20, 2012,** and **absent extraordinary circumstances, no further extension of time will be granted in this case.**

No. 12–0071/AR.  U.S. v. Robert M. Bigback.  CCA 20101044. Appellant's motion to extend time to file a brief granted, **up to and including January 27 , 2012,** and **absent extraordinary circumstances, no further extension of time will be granted in this case.**

No. 12–0131/AR.  U.S. v. Robert L. Murchison.  CCA 20101052. Appellant's motion to extend time to file a brief granted, **up to and including January 30, 2012,** and **absent extraordinary circumstances, no further extension of time will be granted in this case.**

No. 12–0136/AR.  U.S. v. Colin M. Jameson.  CCA 20090908.  Review granted on the following issue:

WHERE A SPECIFICATION CHARGED UNDER ARTICLE 134, UCMJ, FAILS TO STATE AN OFFENSE UNDER *UNITED STATES v. FOS-*